DARREN T. BRENNER
Nevada Bar No. 8386
NATALIE WINSLOW
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Defendant Property and Casualty Insurance Company of Hartford*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA K. ARAGON,<br><br>              Plaintiff,<br><br>v.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>              Defendants. | Case No.: 2:13-cv-01725-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, by and through its attorneys AKERMAN LLP, and Plaintiff Diana K. Aragon by and through her attorneys RICHARD HARRIS LAW FIRM, hereby stipulate and agree that the above-entitled matter be dismissed,

. . .

. . .

. . .

. . .

{30061230;1}

with prejudice, each party to bear its own costs and fees.

DATED this 16th day of December, 2014.    DATED this 18th day of December, 2014.

**AKERMAN LLP**

_____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE WINSLOW
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Property and Casualty Insurance Company of Hartford*

**RICHARD HARRIS LAW FIRM**

_____
SAMANTHA MARTIN, ESQ.
Nevada Bar No. 12998
801 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 12/19/2014**

{30061230;1}                                2